No. 11-5879. Milford Wilson, Petitioner v. Steve Trevino, Acting Warden.

565 U.S. 965, 132 S. Ct. 459, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7503.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5881. Noah Monroe Tidwell, Petitioner v. Freddie Butler, Warden, et al.

565 U.S. 965, 132 S. Ct. 459, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7486.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 415 Fed. Appx. 979.

No. 11-5883. Renee D. Bell, Petitioner v. HCR Manor Care Facility of Winter Park, et al.

565 U.S. 965, 132 S. Ct. 459, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7470.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 432 Fed. Appx. 908.

No. 11-5887. Darryl J'Eronn, Petitioner v. California.

565 U.S. 966, 132 S. Ct. 459, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7566.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-5891. Sidney R. Miller, Petitioner v. In the Matter of the Application of the County Treasurer for Judgment and Order of Sale Against Lands and Lots Returned Delinquent for Non-Payment of General Taxes and/or Special Assessment.

565 U.S. 966, 132 S. Ct. 459, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7458,

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 11-5895. Curtis Edward Cook, Petitioner v. Texas.

565 U.S. 966, 132 S. Ct. 459, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7561.

October 17, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Twelfth District, denied.

No. 11-5898. Victor B. White, Petitioner v. FNU Smereka, et al.

565 U.S. 966, 132 S. Ct. 460, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7558.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 714.

No. 11-5900. Elena Strujan, Petitioner v. Teachers College of Columbia University, et al.

565 U.S. 966, 132 S. Ct. 460, 181 L. Ed. 2d 299, 2011 U.S. LEXIS 7540.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.